JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VICTOR D. LOPEZ CERVANTES,      ) Case No. 2:25-cv-10280-DSF-E
                                )
        Plaintiff,              ) JUDGMENT OF REMAND
vs.                             )
                                )
FRANK BISIGNANO,                )
Commissioner of Social Security, )
        Defendant.              )
_____

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  April 2, 2026       _____
                            HON. DALE S. FISCHER
                            UNITED STATES DISTRICT JUDGE

-1-