UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR D. LOPEZ CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:25-cv-10280-DSF-E<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND SIXTY-FIVE DOLLARS AND FIFTEEN CENTS ($5,065.15) pursuant to 28 U.S.C. § 2412(d) and no costs pursuant to 28 U.S.C. § 1920.

DATE: July 1, 2026

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISRICT JUDGE